UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK MENDON, individually and for his individual account damages on behalf of the DST SYSTEMS, INC. 401(K) PROFIT SHARING PLAN, et al.,<br><br>                        Plaintiffs,<br><br>                            v.<br><br>SS&C TECHNOLOGIES HOLDINGS, INC., DST SYSTEMS, INC., THE ADVISORY COMMITTEE OF THE DST SYSTEMS, INC., 401(K) PROFIT SHARING PLAN, THE COMPENSATION COMMITTEE OF THE BOARD OF DIRECTORS OF DST SYSTEMS, INC., RUANE, CUNNIFF & GOLDFARB, INC., and John Does 1-20,<br><br>                        Defendants. | Case No. 18-CV-10252 (ALC)<br><br>**ORAL ARGUMENT REQUESTED** |

## NOTICE OF DST DEFENDANTS'
## MOTION TO DISQUALIFY OPPOSING COUNSEL

      PLEASE TAKE NOTICE that, upon (1) the accompanying Memorandum of Law in Support of the DST Defendants' Motion to Disqualify Conflicted Counsel and (2) the Declaration of Jeffrey J. Recher in Support of the DST Defendants' Motion to Disqualify Conflicted Counsel, DST Systems, Inc., the Advisory Committee of the DST Systems, Inc. 401(k) Profit Sharing Plan and the Compensation Committee of the Board of Directors of DST Systems, Inc. (the "DST Defendants") will move this Court, before the Honorable Andrew L. Carter, United States District Judge, at a date and time to be determined by the Court, for an order disqualifying conflicted counsel pursuant to applicable law as set forth in the accompanying memorandum of law.

Dated: February 18, 2020
       New York, New York

                                              Respectfully submitted,

                                              PAUL, WEISS, RIFKIND,
                                                 WHARTON & GARRISON LLP

                                             By: <u>/s/ Lewis R. Clayton</u>
                                             Lewis R. Clayton
                                             Jeffrey J. Recher
                                             Joshua D. Kaye
                                             1285 Avenue of the Americas
                                             New York, NY 10019-6064
                                             Tel: (212) 373-3215
                                             Fax: (212) 492-0215
                                             Email: lclayton@paulweiss.com

                                             *Counsel for the DST Defendants*