# THE KLAMANN LAW FIRM

4435 Main Street, Suite 150, Kansas City, Missouri 64111
Telephone: (816)421-2626   Fax: (816)421-8686

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _November 9, 2020_

November 4, 2020

**BY ECF**
The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

MEMO ENDORSED

Re:   *Canfield, et al. v. SS&C Technologies Holdings, Inc., et al.*, 18-CV-08913-ALC
      *Mendon, et al. v. SS&C Technologies Holdings, Inc., et al.*, 18-CV-10252-ALC
      *Ferguson et al. v. Ruane, Cunniff & Goldfarb, Inc., et al.*, 1:17-cv-06685-ALC

Dear Judge Carter:

Pursuant to Your Honors' Individual Practices and the Southern District's sealed filing requirements, I write to request permission to file a letter under seal. The letter includes as an attachment a letter which appears to have been written by an attorney at Paul, Weiss, Rifkind, Wharton & Garrison, LLP. That letter may contain confidential information. I therefore request that the letter attachment be filed and kept under seal.

Respectfully submitted,

Andrew Schermerhorn

cc:   All Counsel of Record (by ECF Filing)

SO ORDERED:
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

The Court grants the motion to keep the letter filed under seal.